

**FILED & ENTERED**

APR 02 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** ogier      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Renee Larkins,<br><br><br><br><br>Alleged Debtor | Case No: 1:10-bk-12897-GM<br><br>Chapter: 7<br><br>**ORDER GRANTING ORDER TO SHOW CAUSE AND DISMISSING INVOLUNTARY PETITION FOR BAD FAITH FILING**<br><br>Date: April 1, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 303 |

On April 1, 2010 an order to show cause hearing was held why the involuntary Chapter 7 bankruptcy case SV10-12897GM filed against alleged debtor Renee Larkins aka Pacifica Group 49/II by petitioning creditors Stanley James, Harrison Hunter, and Cherry Chase should not be dismissed for bad faith filing.

Alleged debtor Renee Larkins appeared at the order to show cause hearing and stated on the record that she did not know any of the petitioning creditors and did not know aka Pacifica Group 49/II.

None of the petitioning creditors appeared or filed any written opposition to the order to show cause hearing to dismiss for bad faith filing.

- 1

1   For these reasons the involuntary Chapter 7 bankruptcy petition SV10-12897GM filed against alleged debtor Renee Larkins is hereby **DISMISSED** as having been filed in bad faith.

###

DATED: April 2, 2010

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING ORDER TO SHOW CAUSE AND DISMISSING INVOLUNTARY PETITION FOR BAD FAITH FILING** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")). | Category II (Served by Court via U.S. mail).<br><br>**Renee Larkins**<br>1669 Roosevelt Ave<br>Los Angeles, CA 90006<br><br>**Stanley James**<br>14186 Toulumme Court<br>Fontana, CA 92336<br><br>**Harrison Hunter**<br>5320 Zelzah Avenue #110<br>Encino, CA 91316<br><br>**Cherry Chase**<br>19252 Lassen Street<br>Northridge, CA 91311 |
|---|---|

Category III (To be served by the lodging party).