# United States Bankruptcy Court
# Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Renee Larkins
aka Renee Karkins, dba Pacifica Group 49/II

**BANKRUPTCY NO.** 1:10−bk−12897−GM

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** N/A

**Address:**
1669 Roosevelt Ave
Los Angeles, CA 90006

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

Dated: April 2, 2010

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form ntcdsm Rev. 03/09) VAN−24

**10 / KO**